AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT
CASE NUMBER**

In the Matter of the Search of

**The travel suitcase of Defendant Michael J. O'Keefe
Located at 2117 E Street NW, Room 102
Washington, DC**

I   **Calvin P. Sherstan**   being duly sworn depose and say:

I am a(n)   **Special Agent with the Diplomatic Security Service**   and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**The State Plaza Hotel, Room 102, 2117 E Street NW, Washington DC**

in the   District of Columbia, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Sections 2701 through 2711, namely

**Contents of Michael O'Keefe's black travel suitcase more fully described in ATTACHMENT A to this application**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
**evidence relevant to the commission of bribery and conspiracy.**

in violation of Title  18  United States Code, Section(s), **201 and 371**. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.       ☒ YES    ☐ NO

Brenda J. Johnson, AUSA
U.S. Attorney's Office, Washington, DC
(202) 353-4154

Signature of Affiant
Calvin P. Sherstan, Special Agent
Diplomatic Security Service

Sworn to before me, and subscribed in my presence

at Washington, D.C. (pursuant to the search warrant provisions
of Title 18, United States Code Sections 2703 (a)-(d))

Date

Name and Title of Judicial Officer

Signature of Judicial Officer