**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| ) | |
| THE TRAVEL SUITCASE OF ) | Case No. |
| DEFENDANT MICHAEL JOHN O'KEEFE ) | |
| LOCATED AT 2117 E ST, NW ) | |
| WASHINGTON, DC ) | |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR SEARCH WARRANT**

I, Calvin P. Sherstan, being first duly sworn, hereby depose and state as follows:

**A. Introduction and Agent Background**

1. I make this affidavit in support of an application for a search warrant for Michael J. O'Keefe's black travel suitcase located at 2117 E St. NW, Room 102, Washington, DC, wherein there exists evidence, fruits, and instrumentalities of bribery and conspiracy in violation of Title 18, United States Code, Sections 201 and 371.

2. I am a Special Agent of the Diplomatic Security Service (DSS) assigned to DSS Headquarters in Rosslyn, Virginia and have been employed by the DSS for approximately 4 years. My training includes investigation of visa, passport fraud and employee malfeasance. My duties include conducting criminal investigations involving sensitive Department of State employee malfeasance cases and the issuance of counterfeit and fraudulently obtained passports and visas.

3. In my training and experience, I have learned that Mr. O'Keefe had in his possession at the time of his arrest, one black travel suitcase containing various items including a Blackberry electronic device.

**F. Probable Cause**

4. As described below there is probable cause to believe that Michael John O'Keefe (SUBJECT) has engaged in violations of Title 18 USC sections 201 and 371, Conspiracy and Bribery of public officials. SUBJECT knowingly abused his position as a Department of State Consular Officer by skirting U.S. Department of

State Visa appointment scheduling procedures and issuing U.S Visas to individuals for personal gain.

     5.     You affiant maintains there is probable cause to believe that SUBJECT was attempting to hide information located in his black travel suitcase. When initially asked if Agents could search his suitcase, SUBJECT gave permission, and then quickly withdrew his permission. While being processed, SUBJECT was complaining that he needed his medication that was located in his suitcase. When it was offered to him that Agents could obtain his medication from his suitcase, SUBJECT agreed. Approximately one hour after giving permission for your affiant to obtain his medication from his suitcase, SUBJECT withdrew his permission and said that he could obtain medication from the doctor when he was transported to the hospital.

**DETAILS OF INVESTIGATION**

     6.     On 02/23/06, information was provided to the U.S. Department of State's Vulnerabilities Assessment Unit regarding the inappropriate behavior and irregular U.S. Visa issuance practices of Toronto's Deputy Non-Immigrant Visa (NIV) Chief Michael J. O'KEEFE. Subsequent investigation has revealed that SUBJECT routinely violates ethical and procedural rules of Visa issuance set by the State Department in an effort to obtain favor and personal gain by a prominent jewelry business owner, Sunil AGRAWAL of STS Jewels. SUBJECT has solicited and accepted jewelry and paid travel and/or lodging to New York City and Las Vegas, Nevada, for HIMSELF and two exotic dancer companions in return for issuing U.S. Visas for over 20 individuals referred by AGRAWAL in violation of 18 USC sections 201 and 203; bribery of public officials and compensation in maters affecting the government.

     7.     Based on my training and experience in interviewing and investigation, I believe that:

    a) Following his arrest, Michael O'Keefe wished to hide something from your affiant by quickly withdrawing his approval for a search of his travel suitcase.

    b) During his processing, Michael O'Keefe withdrew his permission to open his travel suitcase an hour following giving permission to your affiant to open said suitcase and retrieve his medication.

     8.     Based upon the preceding facts, your affiant believes probable cause exists to search the black travel suitcase of Michael J. O'Keefe, located at 2117 E St. NW, Room 102, Washington, DC.

**G.  Jurisdiction**

    9.  This Court has jurisdiction pursuant to Title 18, United States Code, Sections 3237 and 3238 over the instant investigation into bribery and conspiracy in the District of Columbia, in violation of Title 18, United States Code, Sections 201 and 371.

**H.  Conclusion**

    10.  Based upon the information above, I have probable cause to believe that there is information related to bribery and fraud located in Michael J. O'Keefe's black travel suitcase.

_____
Calvin P. Sherstan
Special Agent
Diplomatic Security Service

Sworn to before me this 24th day of May, 2006

_____
U.S. MAGISTRATE JUDGE
United States District Court
for the District of Columbia