AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEARCH WARRANT

In the Matter of the Search of

CASE NUMBER:

06 - 380 - M - 01

**The travel suitcase of Defendant Michael J. O'Keefe**

TO: **Special Agent Calvin P. Sherstan** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent Calvin P. Sherstan** who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**The travel suitcase of Defendant Michael J. O'Keefe**

in the Central District of Columbia, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Sections 2701 through 2711, namely

**contents of electronic emails and other electronic data more fully described in ATTACHMENT A to this search warrant**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before    **AUG 29 2006**

(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 25 2006   11:15 AM

Date and Time Issued in Washington, DC pursuant to the search warrant provisions of Title 18, USC Sections 2703 (a)-(d))

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer          Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08/25/06 | 08/25/06 12 PM | SA CALVIN SHERSTAN |

**INVENTORY MADE IN THE PRESENCE OF** SA BLAKE HAYES

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

(1) BLACK TRAVEL SUITCASE (LAPTOP SIZE) CONTAINING CLOTHING, ONE BLACKBERRY ELECTRONIC DEVICE, MAGAZINES.

(1) RADIOLOGY STATEMENT I/O MAGDALENA SZMYDT

(1) MIRAGE HOTEL FOLDER CONTAINING 6 PAGES OF HOTEL BILLS I/O MICHAEL O'KEEFE AND MAGDALENA SZMYDT.

(1) MANILA FOLDER CONTAINING TRAVEL DOCUMENTS

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____ 08/25/06

**FILED**

AUG 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

8-25-06
Date